# Court of Appeals
# of the State of Georgia

ATLANTA,  July 26, 2024

*The Court of Appeals hereby passes the following order:*

**A24A1673. SALIM HAJIANI v. THE COCA-COLA COMPANY.**

In this negligence action, the trial court issued an order on March 28, 2024, granting summary judgment to defendant The Coca-Cola Company and denying summary judgment to pro se plaintiff Salim Hajiani. Hajiani filed a motion for reconsideration, which the trial court denied on May 9, 2024. On June 7, 2024, Hajiani filed this direct appeal. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). While the grant of summary judgment is subject to direct appeal, see OCGA § 9-11-56 (h), a motion for reconsideration does not extend the time for filing an appellate challenge to an appealable order, and the denial of a motion for reconsideration is not appealable in its own right. See *Bell v. Cohran*, 244 Ga. App. 510, 510-511 (536 SE2d 187) (2000); *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985). Consequently, the trial court's May 9 order is not appealable, and Hajiani's appeal — filed 71 days after the court's March 28 order — is untimely as to that order. See OCGA § 5-6-38 (a); *Bell*,

244 Ga. App. at 510-511; *Savage*, 173 Ga. App. at 271. For these reasons, Hajiani's appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*__07/26/2024_____

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*